UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Robert A. Dollinger

Debtor(s).

Case No. 15-60014
Chapter 13

### LOSS MITIGATION REQUEST BY DEBTOR(S) AND CERTIFICATE OF SERVICE

**PURSUANT TO SECTION V OF THE COURT'S LOSS MITIGATION PROGRAM PROCEDURES, THE CREDITOR(S) NAMED HEREIN HAS/HAVE 14 DAYS FROM SERVICE OF THIS REQUEST TO FILE AND SERVE AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ON THE DEBTOR(S), DEBTOR(S)' ATTORNEY, AND THE CASE TRUSTEE. IF AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ARE NOT FILED, THE COURT MAY ENTER A LOSS MITIGATION ORDER.**

I am/We are the Debtor(s) in this case and hereby request to enter into the Loss Mitigation Program with respect to my/our Property located at:

Address:   51 Harry L. Drive

Kirkwood, NY 13795    ;

With the following Creditor(s):

Creditor's Name and Address:

Wells Fargo Home Mortgage

P.O. Box 10335

Des Moines, IA 50306

With respect to the Property, Creditor is the holder of a:

☒ First Mortgage
☐ Second Mortgage
☐ Other (please specify): _____

Additional Creditor's Name and Address:

With respect to the Property, Additional Creditor is the holder of a:

☐ First Mortgage
☐ Second Mortgage
☐ Other (please specify): _____

1

LM:1(06/12/2013)

**Signature:**

    I understand that if the court orders Loss Mitigation in this case, I am required to comply with the Loss Mitigation Program Procedures and will participate in good faith. **I understand that Loss Mitigation is voluntary for all parties and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me.** I understand that I am not required to request dismissal of my case as part of any resolution or settlement that is offered or agreed to during Loss Mitigation. I also understand that if a Loss Mitigation Order is entered, I am responsible pursuant to section VII(B) of the Loss Mitigation Program Procedures for adjourning any matters pending between the Loss Mitigation Parties for which I am the movant. I certify that the Property in question consists only of real property used as my principal residence in which I hold an interest.

Dated: 4/14/15                                 /s/ Robert Dollinger
                                                    Debtor

Dated: _____                    _____
                                                  Joint Debtor

**Loss Mitigation Contact Information for Attorney for Debtor(s):**

Name: Peter A. Orville

Title: Attorney for Debtor

Firm: Peter A. Orville, P.C.

Address: 30 Riverside Drive

Address 2: _____

City: Binghamton                  State: NY    Zip Code: 13905

Phone No.: 607-770-1007            Facsimile No.: 607-770-1110

Email Address: sheiladesantis1@gmail.com

## CERTIFICATE OF SERVICE

I, _____Sheila K. DeSantis_____, state under penalty of perjury that the following is true and accurate.

(1) That I am not a party to this action, am over 18 years of age, and reside in Binghamton_____, New York.

(2) That on _____April 24_____, 20_15_, I served a true and accurate copy of the above Loss Mitigation Request by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:
    Michael Chatwin    rocbkcourt@logs.com
    Mark W. Swimelar-Trustee    trustee@cnytrustee.com
    U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov

—by first class mail upon the following parties at the addresses listed below:
    Shapiro, DiCaro & Barak LLC
    Attn: Michael Chatwin, Esq.
    175 Miles Crossings Blvd.
    Rochester, NY 14624

—by certified mail upon the following parties at the addresses listed below:
    Wells Fargo Home Mortgage
    Attn: John Stumpf, CEO
    MAC#D3347-014 Stateview Blvd.
    Fort Mill, SC 29715

Dated: _____April 24_____, 20_15_

_____Binghamton_____, New York      /s/ Sheila K. DeSantis
                                                                Name

Sworn to before me this

__24th__ day of ____April____, 20_15_

_____/s/ Peter A. Orville_____
Notary Public, State of New York ·, County of Broome
Reg. No. O2OR6101109
Commission Expires: 11/13/15    3

LM:1(06/12/2013)