Law Offices of

# Shapiro, DiCaro & Barak, LLC

175 Mile Crossing Boulevard
Rochester, New York 14624
(585) 247-9000
FAX (585) 247-7380

March 9, 2016

Hon. Diane Davis
United States Bankruptcy Court
Alexander Pernie U.S. Court House
10 Broad Street
Utica, NY 13502

RE:  Robert A. Dollinger
     Chapter 13
     Case Number: 15-60014
     SD&B File Number: 14-033560

Dear Judge Davis:

As you are aware, the undersigned represents Seterus, Inc. for Federal National Mortgage Association, a secured creditor of the above referenced Debtors. This letter is to provide an update in regards to the Debtors loss mitigation process.

At this time, the secured creditor is currently reviewing all documents previously submitted. Additional documents or clarification may be requested during this review.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

*Nicole Kolczynski*
Nicole Kolczynski
Attorney for Seterus, Inc. as Servicer for Federal National Mortgage Association

ATTORNEYS AT LAW

Nicole C. Kolczynski, Associate Attorney   Direct (585) 713-1845   nkolczynski@logs.com

LONG ISLAND OFFICE   One Huntington Quadrangle, Suite 3N05   Melville, NY 11747   PHONE (631) 844-9611   FAX (631) 844-9525