Law Offices of

# Shapiro, DiCaro & Barak, LLC

175 Mile Crossing Boulevard
Rochester, New York 14624
(585) 247-9000
FAX (585) 247-7380

August 23, 2016

Honorable Diane Davis
United States Bankruptcy Court
Alexander Pernie U.S. Court House
10 Broad St
Utica, NY 13502

RE:   Robert A. Dollinger
       Chapter 13
       Case Number:  15-60014
       SD&B File Number:  14-033560

Dear Judge Davis:

We hereby represent Seterus, Inc. as the authorized subservicer for Federal National Mortgage
Association ("FNMA"), creditor c/o Seterus, Inc. A document was incorrectly filed as a Notice
of Payment Change on August 22, 2016. Please disregard. The document was later correctly
filed as a Post Petition Fee Notice under Claim No. 19.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Michael J. Chatwin
Bankruptcy Attorney
Shapiro, DiCaro & Barak
175 Mile Crossing Boulevard
Rochester, NY 14624
Phone: (585) 247-9000
Fax: (585) 247-7380

ATTORNEYS AT LAW
———

LONG ISLAND OFFICE   One Huntington Quadrangle, Suite 3N05   Melville, NY 11747   PHONE (631) 844-9611   FAX (631) 844-9525